# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK ABRAHAM, *Plaintiff,* v. HOME DEPOT U.S.A., INC., *Defendant.* | CIVIL ACTION NO. 21-2238 |

## ORDER

**AND NOW**, this 6th day of December 2021, upon consideration of Defendant's uncontested Motion to Dismiss (ECF No. 16) and the Court's December 3rd telephone conference with counsel (ECF No. 18), it is hereby **ORDERED** that the case is **DISMISSED with prejudice**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.